**CITIES SERVICE COMPANY, Applicant for Intervention-Appellant,**

**v.**

**DEPARTMENT OF ENERGY, et al., Defendants-Appellees,**

**United States of America, Counterclaimant-Appellee,**

**and**

**Pennzoil Company, Plaintiff-Appellee.**

**No. 3–33.**

Temporary Emergency Court of Appeals.

Argued May 18, 1983.

Decided July 14, 1983.

Rehearing and Rehearing En Banc Denied Aug. 22, 1983.

Douglas G. Robinson, of Skadden, Arps, Slate, Meagher & Flom, Washington, D.C., with whom Erica A. Ward and Richard L. Brusca, Washington, D.C., and Darrel A. Kelsey, Gerald H. Barnes and John A. Rayll, Jr. of Cities Service Company, Tulsa, Okl., were on brief for Cities Service Co., applicant for intervention-appellant.

Eric J. Fygi, Dept. of Energy, Washington, D.C., with whom Thomas C. Newkirk, Larry P. Ellsworth, Barry J. Sheingold, Daniel F. Shea, and Dean S. Cooper,

Dept. of Energy, Washington, D.C., were on brief for the United States of America and Dept. of Energy, defendants-appellees.

John P. Mathis of Baker & Botts, Washington, D.C., for Pennzoil Co., plaintiff-appellee.

Kenneth L. Bachman, Jr., John G. Finnernan, Jr., of Cleary, Gottlieb, Steen & Hamilton, Washington, D.C., Jeanette M. Thomas, Los Angeles, Cal., of counsel; and Joseph C. Bell, Mary Anne Sullivan of Hogan & Hartson, Washington, D.C., B.J. Zimmerman, and Kendor P. Jones, Fort Worth, Tex., of counsel, filed a brief on behalf of amici curiae.

Before BONSAL, WEIGEL and MAXWELL, Judges.

PER CURIAM:

Cities Service Co. ("Cities") appeals from a decision of the United States District Court for the District of Delaware (Stapleton, J.), entered January 4, 1983, denying Cities' application to intervene in an action brought by Pennzoil Co. against the Department of Energy ("DOE"), and from an order of the same court, entered January 19, 1983, approving an "Agreed Final Judgment" which settles DOE's counterclaim against Pennzoil in that action. We affirm the district court's decision to deny Cities' application to intervene and dismiss Cities' appeal from the order approving the Agreed Final Judgment.

In an earlier opinion, which describes the background of the case, we affirmed the district court's decision to grant summary judgment to DOE on Pennzoil's claim against it. *Pennzoil Co. v. DOE,* 680 F.2d 156 (Temp.Em.App.1982), *cert. denied,* —— U.S. ——, 103 S.Ct. 841, 74 L.Ed.2d 1032 (1983). That claim challenged the validity of a 1975 ruling of the Federal Energy Administration as applied to crude oil production at the Walker Creek Field operated

by Pennzoil in Arkansas. DOE's counterclaim, which the district court had not yet addressed at the time of our earlier opinion, was brought under section 209 of the Economic Stabilization Act ("ESA"), 12 U.S.C. § 1904 note, and alleged violations by Pennzoil of price controls governing the sale of crude oil. In settlement of the counterclaim, the Agreed Final Judgment requires Pennzoil to pay $14,750,000 to the United States Treasury.

In its decision of January 4, 1983, the district court found that Cities had no "interest" within the meaning of Fed.R.Civ.P. 24(a)(2)[1] in the litigation between Pennzoil and the DOE, pointing out that Cities could sue Pennzoil for damages in a separate proceeding under section 210 of the ESA. Accordingly, the court denied Cities' application to intervene. Cities contends that, contrary to the district court's finding, it has an interest in the funds to be paid to the Treasury by Pennzoil, and that its interest would be impaired if it were not permitted to intervene. We disagree.

Section 209 of the ESA, the basis of DOE's counterclaim, authorizes the Attorney General to bring an action to enjoin practices which violate the regulations promulgated by DOE under the ESA. It further provides that: "In addition to such injunctive relief, the court may also order restitution of moneys received in violation of any such ... regulation." Section 210 authorizes treble damage suits by "any person suffering legal wrong" as a result of practices which violate the regulations.

While sections 209 and 210 have a common purpose—the enforcement of DOE's regulations—they vindicate different rights. "Actions by the United States under ESA § 209 are taken to enforce public, not private, rights." *Citronelle-Mobile Gathering, Inc. v. Edwards,* 669 F.2d 717, 722 (Temp.Em.App.), *cert. denied,* —— U.S.

---

1. Rule 24(a)(2) provides that:

Upon timely application anyone shall be permitted to intervene in an action ... when the applicant claims an interest relating to the property or transaction which is the subject of the action and he is so situated that the disposition of the action may as a practical matter impair or impede his ability to protect that interest, unless the applicant's interest is adequately represented by existing parties.

——, 103 S.Ct. 172, 74 L.Ed.2d 141 (1982). By contrast, the action authorized by section 210 "is intended to be brought by private persons against other private persons." S.Rep. No. 92–507, 92d Cong., 1st Sess., *reprinted in* 1971 U.S.Code Cong. & Ad. News 2283, 2291. We have previously warned against "[t]he commingling of private and agency enforcement devices for which Congress has made separate provision . . . ." *Dyke v. Gulf Oil Corp.,* 601 F.2d 557, 567 (Temp.Em.App.1979); *see also Bulzan v. Atlantic Richfield Co.,* 620 F.2d 278, 281–83 (Temp.Em.App.1980) (emphasizing "the independence of the administrative and private remedies provided by the ESA"). The outcome of the instant case, an agency enforcement action brought by DOE, will in no way affect Cities' private right to sue Pennzoil directly for damages. *See U.S. Oil Co. v. DOE,* 510 F.Supp. 910, 913 (E.D.Wis.1981). Under these circumstances, the district court correctly concluded that Cities has no interest that would be impaired by disposition of this action.

Since Cities was properly denied leave to intervene, there is no need for us to address its contention that the district court erred in approving the Agreed Final Judgment. In keeping with the general rule that "[o]ne who is not a party to a record and judgment is not entitled to appeal therefrom," *Ex Parte Leaf Tobacco Board of Trade,* 222 U.S. 578, 581, 32 S.Ct. 833, 56 L.Ed. 323 (1911) (*per curiam*), it has been held that, "one properly denied the status of intervenor cannot appeal on the merits of the case." *Commonwealth of Pennsylvania v. Rizzo,* 530 F.2d 501, 508 (3d Cir.), *cert. denied,* 426 U.S. 921, 96 S.Ct. 2628, 49 L.Ed.2d 375 (1976).

For the foregoing reasons, the decision of the district court denying Cities' application to intervene is affirmed and Cities' appeal from the order approving the Agreed Final Judgment is dismissed.

# UNITED STATES COURT OF APPEALS

## Fifth Circuit

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

The following cases have been decided without formal opinion prepared for publication in the permanent law reports:

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| * Younger Transp. v. Bourg | 83–3004 | 8/22/83 | AFFIRMED | E.D.La. |
| * † Benham & Co. v. Rodriguez | 83–2188 | 8/22/83 | AFFIRMED | E.D.Tex. |
| * † de Benavides v. I.N.S. | 83–4235 | 8/22/83 | AFFIRMED | I.N.S. |
| * † U. S. v. Merida | 83–1444 | 8/22/83 | AFFIRMED | W.D.Tex. |
| * U. S. v. Follis | 83–1474 | 8/22/83 | VACATED | W.D.Tex. |
| * U. S. v. Dunn | 83–1475 | 8/22/83 | VACATED | W.D.Tex. |
| * Chavis v. Heckler | 82–4582 | 8/23/83 | AFFIRMED | W.D.La. |
| * Gulf Coast Invst. Corp. v. McClanahan | 83–4060 | 8/23/83 | AFFIRMED | W.D.La. |
| * Brecheen v. U. S. | 83–4200 | 8/23/83 | AFFIRMED | W.D.La. |
| * Shinn v. Thompson | 82–3384 | 8/24/83 | AFFIRMED | E.D.La. |
| * Explorer Drilling Co. v. Martin Explor. Co. | 83–3067 | 8/24/83 | AFFIRMED | E.D.La. |
| * Bagley, Walcott & Assoc. v. Caroma | 83–4147 | 8/24/83 | REVERSED | S.D.Miss. |
| U. S. v. Smalley | 83–1393 | 8/25/83 | AFFIRMED | N.D.Tex. |
| Shorty v. Shell Oil Co. | 82–3095 | 8/25/83 | AFFIRMED | E.D.La. |
| * Tacos Mi Anita's v. United Pacific Ins. Co. | 82–4511 | 8/26/83 | AFFIRMED | W.D.La. |
| * Sorrels v. J. Ray McDermott & Co. | 82–4509 | 8/26/83 | AFFIRMED | W.D.La. |
| * Owens v. Nalco Chemical Co. | 83–2024 | 8/26/83 | AFFIRMED | E.D.Tex. |
| * Mercantile Nat'l Bank v. ABC Computers | 83–1032 | 8/26/83 | AFFIRMED | N.D.Tex. |
| PTA Marketing v. Haile | 82–1023 | 8/29/83 | AFFIRMED | N.D.Tex. |
| * French v. Black & Decker Mfg. | 82–4579 | 8/29/83 | AFFIRMED | S.D.Miss. |
| * Gentsch v. Estelle | 83–2034 | 8/29/83 | REMANDED | S.D.Tex. |
| * U. S. v. Marbury & Doherty | 83–4117 | 8/29/83 | REMANDED | S.D.Miss. |
| * Perry v. New World Management | 83–1321 | 8/29/83 | REVERSED | N.D.Tex. |
| Shuler v. Delta Elec. Power Assoc. | 82–4104 | 8/31/83 | AFFIRMED | N.D.Miss. |
| U. S. v. Medina-Reyes | 82–1432 | 8/31/83 | AFFIRMED IN PART | W.D.Tex. |
| * Saghian v. I.N.S. | 81–4073 | 8/31/83 | DISMISSED | I.N.S. |
| * Miller v. Estelle | 82–2380 | 9/ 1/83 | AFFIRMED | S.D.Tex. |
| * Thompson v. City of El Paso | 82–1324 | 9/ 1/83 | DISMISSED | W.D.Tex. |
| * Allen v. Clyburn | 83–2059 | 9/ 1/83 | AFFIRMED | E.D.Tex. |
| * U. S. v. Rodriguez | 83–1158 | 9/ 1/83 | AFFIRMED | W.D.Tex. |

* Fed.R.App. P. 34(a); 5th Cir. R. 34.2.
† Local Rule 47.6 case.

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| * Robinson v. McElveen | 83–4246, 83–4276 | 9/ 1/83 | DISMISSED | W.D.La. |
| * Hicks v. MS Employment Sec. Comm. | 83–4173 | 9/ 1/83 | AFFIRMED | S.D.Miss. |
| * Lee v. Maggio | 83–3170 | 9/ 1/83 | REVERSED | E.D.La. |
| * U. S. v. Rains | 82–1451 | 9/ 2/83 | AFFIRMED | W.D.Tex. |
| * Hermez v. City of Pasadena | 82–2414 | 9/ 2/83 | AFFIRMED | S.D.Tex. |
| * Ashagre v. Southland Corp. | 82–2417 | 9/ 2/83 | AFFIRMED | S.D.Tex. |
| * † Blackburn v. Elevator Boats | 82–3626 | 9/ 2/83 | AFFIRMED | E.D.La. |
| Levenson v. Heckler | 83–1033 | 9/ 2/83 | AFFIRMED | W.D.Tex. |

* Fed.R.App. P. 34(a); 5th Cir. R. 34.2.
† Local Rule 47.6 case.

# UNITED STATES COURT OF APPEALS

## Fifth Circuit

---

### DENIALS OF REHEARING EN BANC

(Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 35)

Group 1—Denials where no member of the panel nor Judge in regular active service on the Court requested that the Court be polled on rehearing en banc.

Group 2—Denials after a poll requested by a member of the panel or a Circuit Judge in regular active service.

Group 3—Denials on the Court's own motion after a poll requested by a member of the panel or a Circuit Judge in regular active service.

| Title | Docket Number | Date of Denial | Citation of Panel Decision |
|---|---|---|---|
| GROUP 1 | | | |
| Crawford v. Pittman | 82–4222 | 8/31/83 | N.D.Miss., 708 F.2d 1028 |
| De Oliveira v. Delta Marine Drilling Co. | 82–2024 | 8/26/83 | S.D.Tex., 707 F.2d 843 |
| E. E. O. C. v. Kimbrough Inv. Co. | 81–4429, 82–4043 | 8/23/83 | S.D.Miss., 703 F.2d 98 |
| Porter v. Estelle | 82–2499 | 8/31/83 | S.D.Tex., 709 F.2d 944 |
| Roccaforte v. C. I. R. | 82–4048 | 8/30/83 | U.S.T.C., 708 F.2d 986 |
| Vela v. Estelle | 82–1236 | 8/23/83 | N.D.Tex., 708 F.2d 954 |

# UNITED STATES COURT OF APPEALS

## Eleventh Circuit

.

---

## DECISIONS WITHOUT PUBLISHED OPINIONS

The following cases have been decided without formal opinion prepared for publication in the permanent law reports:

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| * Lamson v. Provident Life | 82–5377 | 8/23/83 | VACATED | S.D.Fla. |
| ** Bangert v. Hoyt | 82–5597 | 8/23/83 | AFFIRMED | M.D.Fla. |
| */** U. S. v. Childress | 82–7378 | 8/23/83 | AFFIRMED | N.D.Ala. |
| */** Blair v. Wyeth Laboratories | 82–8705 | 8/23/83 | AFFIRMED | N.D.Ga. |
| */** Booker v. Clayton | 83–3039 | 8/23/83 | AFFIRMED | N.D.Fla. |
| * Hieserman v. Monsanto Co. | 83–3092 | 8/23/83 | VACATED | N.D.Fla. |
| */** Rogers v. Heckler | 83–7253 | 8/23/83 | AFFIRMED | N.D.Ala. |
| * Rowe v. U. S. | 82–3141 | 8/24/83 | AFFIRMED | M.D.Fla. |
| * U.S. v. Aguilera-Bauta | 82–5827 | 8/24/83 | AFFIRMED | S.D.Fla. |
| * United Assoc. of Journeymen v. N. L. R. B. | 82–7350 | 8/24/83 | AFFIRMED | N.L.R.B. |
| * N. L. R. B. v. United Assoc. of Journeymen | 82–7386 | 8/24/83 | AFFIRMED | N.L.R.B. |
| * Fancher v. Veterans Admin. | 83–3105 | 8/24/83 | AFFIRMED | M.D.Fla. |
| * Carnahan v. National Ry. Corp. | 83–8099 | 8/24/83 | AFFIRMED | N.D.Ga. |
| * Harrell v. Kirbo | 83–8144 | 8/24/83 | AFFIRMED | M.D.Ga. |
| * Sanford Const. Co. v. Griffin | 83–8232 | 8/24/83 | DISMISSED | S.D.Ga. |
| * Marrero v. Wainwright | 81–6038 | 8/25/83 | REMANDED | M.D.Fla. |
| Outrigger v. Wood Masters | 81–5057 | 8/26/83 | AFFIRMED IN PART | S.D.Fla. |
| Outrigger v. Miami | 81–5220 | 8/26/83 | AFFIRMED IN PART | S.D.Fla. |
| ** Action Capital Corp. v. Balboa Ins. | 82–8437 | 8/26/83 | AFFIRMED | N.D.Ga. |
| ** U. S. v. Wolfson | 82–3096 | 8/29/83 | AFFIRMED | M.D.Fla. |
| ** Hudgins v. Wainwright | 82–5379 | 8/29/83 | AFFIRMED | S.D.Fla. |
| ** Dade County Dairies v. Southland | 82–5703 | 8/29/83 | AFFIRMED | S.D.Fla. |
| * U. S. v. White | 82–5751 | 8/29/83 | AFFIRMED | S.D.Fla. |
| Fieldstone Farms v. Amer. Cyanamid | 82–8526 | 8/29/83 | AFFIRMED | M.D.Ga. |
| * Smith v. Heckler | 83–3095 | 8/29/83 | AFFIRMED | N.D.Fla. |
| Garrett R.R. v. Treadwell | 82–5131 | 8/30/83 | AFFIRMED | M.D.Fla. |
| * U. S. v. Andree | 82–5718 | 8/30/83 | AFFIRMED | S.D.Fla. |
| * U. S. v. Gonzalez-Rivera | 82–5783 | 8/30/83 | AFFIRMED | S.D.Fla. |
| ** City Nat'l Bank v. Foxcroft Bldg. | 82–5877 | 8/30/83 | AFFIRMED | S.D.Fla. |

* Fed.R.App. P. 34(a); 11th Cir. R. 23.

** Local Rule 25 case.

## DECISIONS WITHOUT PUBLISHED OPINIONS—Continued

| Title | Docket Number | Date of Decision | Disposition | Appeal from and Citation (if reported) |
|---|---|---|---|---|
| */** U. S. v. Piaz-Bustamonte | 82–5982 | 8/30/83 | AFFIRMED | S.D.Fla. |
| */** U. S. v. Escobar | 82–6147 | 8/30/83 | AFFIRMED | S.D.Fla. |
| * U. S. v. Curtis | 82–7337 | 8/30/83 | AFFIRMED | S.D.Ala. |
| * U. S. v. Chandler | 82–7420 | 8/30/83 | AFFIRMED | N.D.Ala. |
| */** U. S. v. Roberson | 82–8764 | 8/30/83 | AFFIRMED | N.D.Ga. |
| */** U. S. v. Ingersoll | 83–3033 | 8/30/83 | AFFIRMED | M.D.Fla. |
| * U. S. v. Brake | 83–5081 | 8/30/83 | AFFIRMED | S.D.Fla. |
| */** Harrell v. Heckler | 83–7159 | 8/30/83 | AFFIRMED | M.D.Ala. |
| */** Wages v. City of Decatur | 83–8208 | 8/30/83 | AFFIRMED | N.D.Ga. |
| */** CIT Corp. v. Powell | 83–8246 | 8/30/83 | AFFIRMED | S.D.Ga. |
| * Kelly v. Macon-Bibb Cty. Bd. Educ. | 83–8283 | 8/30/83 | REVERSED | M.D.Ga. |
| * U. S. v. Provost | 82–5334 | 8/31/83 | AFFIRMED | M.D.Fla. |
| * Russell v. Sears, Roebuck & Co. | 82–7313 | 8/31/83 | REVERSED | N.D.Ala. |
| Fieldcrest Mills v. N. L. R. B. | 82–7335 | 8/31/83 | DISMISSED | N.L.R.B. |
| * Lindsey v. Graddick | 82–7417 | 8/31/83 | AFFIRMED | N.D.Ala. |
| Bolling v. Mark | 82–8525 | 8/31/83 | AFFIRMED | M.D.Ga. |
| ** Scott v. Donovan | 82–8426 | 9/ 2/83 | AFFIRMED | N.D.Ga. |
| * Tollett v. Photo Promotion Assoc. | 83–8063 | 9/ 2/83 | AFFIRMED | N.D.Ga. |

* Fed.R.App. P. 34(a); 11th Cir. R. 23.

** Local Rule 25 case.

# UNITED STATES COURT OF APPEALS

## Eleventh Circuit

---

### DENIALS OF REHEARING EN BANC

(Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 26)

Group 1—Denials where no member of the panel nor Judge in regular active service on the Court requested that the Court be polled on rehearing en banc.

Group 2—Denials after a poll requested by a member of the panel or a Circuit Judge in regular active service.

Group 3—Denials on the Court's own motion after a poll requested by a member of the panel or a Circuit Judge in regular active service.

| Title | Docket Number | Date of Denial | Citation of Panel Decision |
|---|---|---|---|
| **GROUP 1** | | | |
| Hamm v. Members of Bd. of Regents of State of Fla. | 82–5319 | 9/ 1/83 | M.D.Fla., 708 F.2d 647 |
| Hyatt Hotels Corp. v. N. L. R. B. | 82–8146 | 8/25/83 | N.L.R.B., 709 F.2d 715 |
| Morgado v. Birmingham-Jefferson County Civil Defense Corps. | 81–7282 | 8/25/83 | N.D.Ala., 706 F.2d 1184 |
| Naviera Neptuno, S. A. v. All Intern. Freight Forwarders, Inc. | 82–5876 | 9/ 1/83 | S.D.Fla., 709 F.2d 663 |
| U. S. v. Kattan-Kassin | 81–5474 | 8/24/83 | S.D.Fla., 708 F.2d 732 |
| U. S. v. McMahon | 82–5397 | 9/ 1/83 | S.D.Fla., 715 F.2d 498 |